IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTIAN HARTLEBEN,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 13-4436 |
| **CAROLYN W. COLVIN,** | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this ____ day of _____, 2014, upon careful and independent consideration of Plaintiff's Motion for Summary Judgment, or, in the Alternative, Motion for Remand (Doc. 7), Defendant's Response thereto (Doc. 8), Plaintiff's Reply Brief (Doc. 9), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. 11), **IT IS HEREBY ORDERED AND DECREED**:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **GRANTED**; and

3. This case is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**